**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7611

TAHRIM SUPREME C. JIHAD, a/k/a Vincent Edward
Little,

Plaintiff - Appellant,

versus

JAMES HARVEY, Regional Administrator; LAURIE
F. BESSINGER, Warden; W. ROUSE; JOYCE BROWN,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge. (CA-96-1970-2-22AJ, CA-96-1971-2-22AJ)

Submitted:  May 1, 1997                    Decided:  May 7, 1997

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tahrim Supreme C. Jihad, Appellant Pro Se.  Michael Stephen Pauley,
LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals an order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain inter-locutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED